IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HONEY BROOK ESTATES | : | CIVIL ACTION |
| | : | NO. 09-6190 |
| v. | : | |
| | : | |
| HONEY BROOK TOWNSHIP, et al. | : | |

**ORDER**

AND NOW, this 7th day of June, 2012, upon consideration of defendants' motion for summary judgment and all responses thereto, it is ORDERED that:

1) John Doe defendants are DISMISSED pursuant to Federal Rule of Civil Procedure 21. See Blakeslee v. Clinton Cnty., 336 Fed. App'x 248, 250 (3d Cir. 2009) ("If reasonable discovery does not unveil the proper identities . . . the John Doe defendants must be dismissed.")

2) defendants' motion for summary judgment with respect to plaintiff's substantive due process and equal protection claims is GRANTED and judgment is ENTERED against Honey Brook Estates and in favor of Honey Brook Township, Honey Brook Township Board of Supervisors, Honey Brook Township Planning Commission, Greg Cary, Donald Johnson, Lewis Wertley, Wes Darby, Raymond Henderson, Joann Guiseppe, Gideon Stoltzfus, Gary Walkowski, Stacie Popp-Young, Michael France, Andrew Bush, Michael Reinert and Michael Brown with respect to those claims; and

3) plaintiff's civil conspiracy claim against the named defendants is DISMISSED without prejudice.

                                                                *s/Thomas N. O'Neill, Jr.*
                                                       THOMAS N. O'NEILL, JR., J.